

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-483-20

### MARK MICHAEL RICHARDSON

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIRST COURT OF APPEALS
### HARRIS COUNTY

**RICHARDSON, J. filed a concurring opinion.**

Today the Court refuses Appellant's petition for discretionary review. I agree with the Court's decision. I write separately to note that although an appellant may raise an ineffective assistance of counsel claim on appeal, the most appropriate vehicle for that type of claim is a writ of habeas corpus. *See Rylander v. State*, 101 S.W.3d 107, 110 (Tex. Crim. App. 2003).

Filed: October 21, 2020

Do Not Publish